1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    BRANDON WALTER ANDRADE,            No. 2:13-CV-0611-CMK

12              Plaintiff,

13        vs.                            ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                Defendant.
16
      _____ /
17

18            Plaintiff, who is proceeding with retained counsel, brings this action under

19    42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

20            Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma

21    pauperis (Doc. 3).  Plaintiff has submitted the affidavit required by § 1915(a) showing that

22    plaintiff is unable to prepay fees and costs or give security therefor.  The request to proceed in

23    forma pauperis will, therefore, be granted.  See 28 U.S.C. § 1915(a).  Plaintiff will be required by

24    this order to submit documents to the United States Marshal and file notice with the court.

25    Plaintiff is warned that failure to comply with this order may result in the dismissal of this action.

26    See Local Rule 110.

                                           1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.     Plaintiff's request to proceed in forma pauperis (Doc. 3) is granted;

3         2.     The Clerk of the Court is directed to serve on plaintiff the undersigned's

4 scheduling order in social security cases;

5         3.     The Clerk of the Court is further directed to serve a copy of this order on

6 the United States Marshal;

7         4.     Within 15 days from the date of this order, plaintiff shall submit to the

8 United States Marshal a completed summons and copies of the complaint and file a statement

9 with the court that said documents have been submitted to the United States Marshal;

10         5.     The United States Marshal is directed to serve all process without

11 prepayment of costs not later than 60 days from the date of this order, such service of process to

12 be completed by delivering a copy of the summons and complaint to the United States Attorney

13 for the Eastern District of California, and by sending a copy of the summons and complaint by

14 registered or certified mail to the Attorney General of the United States in Washington, D.C.,

15 pursuant to Federal Rule of Civil Procedure 4(i)(1)(A) & (B); and

16         6.     The United States Marshal shall also send a copy of the summons and

17 complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of

18 the General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545,

19 pursuant to Federal Rule of Civil Procedure 4(i)(2).

20 DATED:  April 3, 2013

21

22                                            _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26