BOBBIE J MONTOYA
Assistant United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| BRANDON WALTER ANDRADE, | ) | Case No.: 2:13-CV-00611-CMK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO EXTEND |
| v. | ) | BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Defendant shall have a first extension of time of seven (7) days, from November 21, 2013 to November 29, 2013, to file her opposition to Plaintiff's motion for summary judgment. This is Defendant's first request for an extension.

    At the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed. The same was true for most Executive agencies, including the Social Security Administration. Effective October 17, 2013, funds were appropriated for the Department of Justice and the Social Security Administration, and attorneys in both office are resuming their usual civil litigation functions.

1 | Notwithstanding the return of all attorneys, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of this lapse in appropriations. The Office of the General Counsel is working diligently to prioritize and work through this backlog as efficiently as possible. As such, the Acting Commissioner requests a 7-day extension of time for filing the Commissioner's brief, with all other dates in the Court's CMO to be extended accordingly.

Respectfully submitted,

Date: November 22, 2013         /s/ Joseph C. Fraulob
                                JOSEPH C. FRAULOB
                                *By phone authorization on November 20, 2013

Date: November 22, 2013         BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/Susan L. Smith
                                SUSAN L. SMITH
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

Of Counsel
Tina Saladino
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED

Dated: November 22, 2013

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE